# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

    Petitioner

    v.

RYAN DENNIS SNYDER,

    Respondent

:  No. 280 WAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

    Petitioner

    v.

RYAN DENNIS SNYDER,

    Respondent

:  No. 281 WAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

    Petitioner

    v.

RYAN DENNIS SNYDER,

    Respondent

:  No. 282 WAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

    Petitioner

    v.

:  No. 283 WAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:

RYAN DENNIS SNYDER, : :
:
Respondent :
:
COMMONWEALTH OF PENNSYLVANIA, : No. 284 WAL 2022
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
RYAN DENNIS SNYDER, :
:
Respondent :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.

[280 WAL 2022, 281 WAL 2022, 282 WAL 2022, 283 WAL 2022 and 284 WAL 2022] - 2